[Cite as *State v. Reyes*, 2023-Ohio-2119.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## PORTAGE COUNTY

STATE OF OHIO,

        Plaintiff-Appellee,

- vs -

WALTER E. REYES,

        Defendant-Appellant.

**CASE NO. 2023-P-0037**

Criminal Appeal from the
Court of Common Pleas

Trial Court No. 2009 CR 00623

---

# MEMORANDUM
# OPINION

Decided: June 26, 2023
Judgment: Appeal dismissed

---

*Victor V. Vigluicci,* Portage County Prosecutor, 241 South Chestnut Street, Ravenna, OH 44266 (For Plaintiff-Appellee).

*Walter E. Reyes,* pro se, PID# A590-238, Richland Correctional Institution, 1001 Olivesburg Road, P.O. Box 8107, Mansfield, OH 44905 (Defendant-Appellant).

EUGENE A. LUCCI, J.

{¶1}   On May 31, 2023, appellant, Walter E. Reyes, pro se, filed a notice of appeal from the trial court's April 26, 2023 entry, which denied his motion for resentencing without a hearing. A timely notice was due no later than May 26, 2023, which was not a holiday or weekend. The appeal is untimely by five days.

{¶2}   "* * * [A] party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." App.R. 4(A)(1).

{¶3} "(1) After the expiration of the thirty day period provided by App.R. 4(A) for the filing of a notice of appeal as of right, an appeal may be taken by a defendant with leave of the court to which the appeal is taken in the following classes of cases:

{¶4} "(a) Criminal proceedings; * * *

{¶5} "(2) A motion for leave to appeal shall be filed with the court of appeals and shall set forth the reasons for the failure of the appellant to perfect an appeal as of right. * * *." App.R. 5(A).

{¶6} Appellant has neither complied with the thirty-day rule set forth in App.R. 4(A)(1) nor sought leave to appeal under App.R. 5(A). Thus, this court is without jurisdiction to consider his appeal. Appellant has a remedy of filing an untimely criminal appeal under App.R. 5(A).

{¶7} Appeal dismissed, sua sponte, as untimely.


JOHN J. EKLUND, P.J.,

MARY JANE TRAPP, J.,

concur.

2